IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

SETH STAVER,

    Plaintiff

  v.                                   CIVIL CASE
                                        NO. 4:12-CV-242-HLM

SAMUEL T. CLARK and CLARK
AMBULANCE SERVICE, INC.,

    Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, et seq. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreements And For Order Of Dismissal With Prejudice ("Joint Motion") of the parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion and the Confidential Settlement Agreement and Release ("Settlement Agreement"). The Court is of the opinion that there are bona fide disputes over application of the relevant provisions of the Fair Labor Standards

AO 72A
(Rev.8/82)

Act, 29 U.S.C. § 201, et seq.. In light of these legitimate disputes, the Court is of the opinion that the parties' Settlement Agreement reflects a fair and reasonable resolution of these bona fide disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as to Plaintiff and Plaintiff's counsel as described in the Settlement Agreement and ORDERS Defendants to have payments made accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his or its own expenses and attorneys' fees as provided in the Settlement Agreement.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the parties' Settlement Agreement.

**SO ORDERED**, this 22nd day of April, 2013.

*[signature: Walter E. Johnson]*

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)